UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　　vs.<br><br>Federico Alatorre-Estrada,<br><br>　　　　　　　Defendant. | CASE NO. 11-cr-02611-JAH-1<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___　　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_X_　　the Court has granted the motion of the Government for dismissal, without prejudice;

___　　the Court has granted the motion of the defendant for a judgment of acquittal; or

___　　a jury has been waived, and the Court has found the defendant not guilty; or

___　　the jury has returned its verdict, finding the defendant not guilty;

_X_　　of the offenses as charged in the Indictment and the Superseding

　　　　Indictment:  as to all pending counts.

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: December 16, 2011

　　　　　　　　　　　　　　　　　　　　　　　*[signature]*

　　　　　　　　　　　　　　　　　　　　　　　JOHN A. HOUSTON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge